IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISSIAH W. JACKSON,

    Petitioner,               No. 2:12-cv-0691 JAM CKD P

    vs.

ANTHONY HEDGPETH,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of September 5, 2012. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's motion for an extension of time (Docket No. 18) is granted; and

    2. Petitioner is granted ninety days from the date of this order in which to file and serve a traverse.

Dated: October 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/mp
jack0691.111(2)